## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION

TONY RANDALL FLOYD,      )
                           )
      Plaintiff,          )
                           )     **No. 2:13-cv-00057**
                           )
v.                      )
                           )     **Judge Nixon**
CAROLYN W. COLVIN,     )     **Magistrate Judge Brown**
**Commissioner of Social Security,**  )
                           )
      Defendant.       )

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion to Remand") (Doc. No. 28), filed with a Memorandum in Support (Doc. No. 29).  Defendant states that remand will permit Plaintiff Tony Randall Floyd an opportunity to cross-examine the vocational expert and allow the ALJ to resolve conflicting medical opinions as to Plaintiff's condition.  (*Id.* at 1.)  Defendant also states that "Plaintiff's counsel has been contacted and she has no objection to this motion."  (Doc. No. 28 at 1.)

The Court hereby **GRANTS** Defendant's Motion to Remand, and **REVERSES** and **REMANDS** this case to the Commissioner.  The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 13 day of May, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT